## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re:

Morgan Administration, Inc., *et al.*
d/b/a Home Owners Bargain Outlet,[1]

        Debtor(s).

)
)
)
)
)
)
)

Bankr. 18-30039
(Jointly Administered)

Chapter 11

Honorable Jacqueline P. Cox

### Findings of Fact and Conclusions of Law in Support of Order Awarding Sugar Felsenthal Grais & Helsinger LLP, Attorneys for the Debtor, Payment of Final Application of Compensation and Reimbursement of Expenses

| Total Fees Requested: $930,567.00 | Total Expenses Requested: $13,819.07 |
|---|---|
| Fees Disallowed: 0 | Expenses Disallowed: $43.84 |
| Total Fees Allowed: $930,567.00 | Total Expenses Allowed: $13,775.23 |

**Total Fees and Expenses Requested: $944,386.07;   Total Fees and Expenses Allowed: $944,342.23**

    The court will not allow reimbursement of meal expenses listed in Sugar Felsenthal Grais & Helsinger's final application for compensation. *In Re Covent Guardian Corp.*, 103 B.R. 937, 942 (Bankr. N.D. Ill. 1989) ("[It is highly unlikely that counsel could prove that the meal expenses were reasonably necessary for the proper representation of the debtor . . . If the attorney were not working on the case, he would still have to eat. Accordingly, the court finds that, except in very limited circumstances, local meals were not reasonably necessary for the proper representation of the client.").

    These expenses are:

- 2/21/2019 Working meal expense (JOC) $7.06    (Dkt. 304, Ex. B, Page 2).
- 3/21/2019 Working meal expense (JOC) $10.57   *Id.* at 4.
- 4/05/2019 Working meal expense (JOC) $7.81    *Id.*
- 4/17/2019 Working meal expense (JOC) $7.83    *Id.* at 5.
- 9/04/2019 Working meal expense (JOC) $10.57   *Id.* at 9.

Sugar Felsenthal Grais & Helsinger LLP is hereby awarded an allowance of final compensation and expenses for $944,342.23.

**Dated: 12/5/19**

ENTERED:

J. Cox

Honorable Jacqueline P. Cox
United States Bankruptcy Judge

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Morgan Administration, Inc. (4200); Belvidere Associates LLC (8559); FP Retail Associates LLC (0915); Hillcrest Enterprises, LLC (4581); Jular Media LLC (0805); KLS Acquisition Corp. (0925); Loomis Enterprises LLC (5451); North Avenue Associates LLC (3229); Oak Creek Distribution LLC (0634); OL Enterprises LLC (9401), and Deforab LLC (9348).